# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **RODERICK LAMAR WILLIAMS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:16-CV-00204-RLV |
| | ) | 5:03CR4-8-RLV |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2016, Order.

Signed: November 15, 2016

*[Signature]*

Frank G. Johns, Clerk
United States District Court